**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No: 0:26-cv-61352-AHS**

BELCALIS MARLENIS ALMÁNZAR,
an individual

       Plaintiff,

v.

YELEN ENTERTAINMENT, LLC, a
Florida limited liability company, and
CHEICKNA KEBE, an individual

       Defendants.

_____ /

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPROATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Paperless Order entered on May 7, 2026 [Dkt. No. 7], Plaintiff Belcalis Marlenis Almánzar ("*Ms. Almánzar*" or "*Plaintiff*"), by and through undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

### I.     CORPORATE DISCLOSURE STATEMENT

Ms. Almánzar is a natural person. She has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of any interest in her.

### II.     CERTIFICATE OF INTERESTED PERSONS

The following is a complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

1

1. <u>Belcalis Marlenis Almánzar (a/k/a "Cardi B")</u> – Plaintiff and judgment creditor; has a direct financial interest in the outcome of this action as the holder of an unsatisfied defamation judgment totaling $3,863,753.47 exclusive of post-judgment interest.

2. <u>Yelen Entertainment, LLC</u> – Defendant; Florida limited liability company formed May 31, 2022, with its principal place of business in Broward County, Florida. Based on Yelen's 2022 federal tax return (Form 1120-S, Schedule K-1), Cheickna Kebe is the sole 100% member and officer of Yelen Entertainment, LLC. Yelen has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of any interest in it.

3. <u>Cheickna Kebe</u> – Defendant; individual domiciled in Broward County, Florida; 100% member and manager of Defendant Yelen Entertainment, LLC per Yelen's filed corporate tax records.

4. <u>Latasha Transrina kebe (a/k/a "Tasha K")</u> – Non-party judgment debtor; subject of Chapter 11 Subchapter V bankruptcy case styled In re Latasha Transrina Kebe, Case No. 23-14082-SMG (Bankr. S.D. Fla.), pending before the Honorable Scott M. Grossman; the Confirmation Order entered in that proceeding expressly authorizes the filing of this action and governs the permissible scope of these proceedings.

5. <u>Kebe Studios, LLC</u> – Non-party dissolved Georgia limited liability company; former co-judgment debtor with Latasha Transrina Kebe under the Amended Defamation Judgment; predecessor entity to Defendant Yelen Entertainment, LLC whose assets and business operations are alleged to have been fraudulently transferred to Yelen Entertainment, LLC.

6. <u>James C. Moon, Esquire, and the law firm Meland Budwick, P.A.</u> – Counsel for Plaintiff Belcalis Marlenis Almánzar in this action in this case and in the  related bankruptcy

proceeding, *In re Latasha Transrina Kebe*, Case No. 23-14082-SMG (Bankr. S.D. Fla.); 200 South Biscayne Boulevard, Suite 3200, Miami, Florida 33131.

7.  Lisa F. Moore, Esquire; Andrew Pequignot, Esquire and the law firm Moore Pequignot, LLC – Co-counsel for Plaintiff Belcalis Marlenis Almánzar in this case and the related bankruptcy proceeding, *In re Latasha Transrina Kebe*, Case No. 23-14082-SMG (Bankr. S.D. Fla.).

Plaintiff is under a continuing obligation to promptly file an amended Certificate of Interested Persons and Corporate Disclosure Statement upon discovering any ground for amendment, including the appearance of defense counsel or the identification of any additional persons or entities with a financial interest in the outcome of this action.

Dated: May 12, 2026.

Respectfully Submitted:

By: */s/James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Plaintiff*
*Belcalis Marlenis Almánzar*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify a true and correct copy of the foregoing is being served via electronic mail upon: Defendant Yelen Entertainment, LLC by and through Authorized Member, Cheickna Kebe and Cheickna Kebe, individually at directorcheick@gmail.com.

/s/James C. Moon
James C. Moon, Esquire